

# Fourth Court of Appeals
## San Antonio, Texas

March 25, 2020

No. 04-19-00819-CR

Denys A. **MARTINEZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR12834
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

The appellant's motion to withdraw as lead counsel is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court